IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM AND JUDITH PYLE,  : | |
| : | Case No. 2:14-cv-00489 |
| **Plaintiffs,**  : | |
| : | JUDGE GREGORY L. FROST |
| - v -  : | |
| : | |
| STATE FARM MUTUAL AUTOMOBILE  : | |
| INSURANCE COMPANY,  : | |
| : | |
| **Defendant.**  : | |

## SETTLEMENT AND DISMISSAL ENTRY

This day came the parties by their counsel and it appearing that this action has been settled, and the settlement monies agreed upon paid to the Plaintiff, this action is dismissed with prejudice to the bringing of a new action against the Defendant.  Each party to bear its own costs.

DATE:  10/1/14

/s/ Gregory L. Frost
_____
GREGORY L. FROST, JUDGE

APPROVED:

SCANLON & ELLIOTT

By:   /s/ Michael J. Elliott (per authority 9-22-14)
 MICHAEL J. ELLIOTT   (0070072)
 LAWRENCE J. SCANLON  (0016763)
 159 South Main Street, Suite 400
 Akron, Ohio  44308
 (330) 376-1440  FAX: (330) 376-0257
 melliott@scanlonco.com
 Trial Attorneys for Plaintiffs

GALLAGHER, GAMS, PRYOR,
TALLAN & LITTRELL L.L.P.


By:  /s/ Mark H. Gams
    MARK H. GAMS    (0025362)
    Trial Attorney for Defendant, State Farm
    Mutual Automobile Insurance Company
    471 East Broad Street, 19th Floor
    Columbus, Ohio 43215-3872
    (614) 228-5151  FAX:  (614) 228-0032
    mgams@ggptl.com



mhg\200547\pl 02 kh